# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-3768

_____

Claudia Bush,

        Appellant,

v.

Siemens Telecom Networks,

        Appellee.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Western District of Missouri.
\*
\*       [UNPUBLISHED]
\*

_____

Submitted: May 13, 1998
Filed: June 2, 1998

_____

Before BOWMAN, Chief Judge, HEANEY and HANSEN, Circuit Judges.

_____

PER CURIAM.

Claudia Bush, the plaintiff in this age discrimination case, appeals from the order of the District Court[1] granting summary judgment to the defendant, Siemens Telecom Networks. Having considered the submissions of the parties and the record, we conclude that the grant of summary judgment was correct and that an opinion would add nothing of precedential value to the District Court's thorough and well-reasoned opinion.

_____

[1]The Honorable Sarah W. Hays, United States Magistrate Judge for the Western District of Missouri, who presided over the case with the consent of the parties in accordance with 28 U.S.C. § 636(c).

Siemens's motion to strike Volume VII of Bush's appendix and Bush's Third Brief is granted.  The motion to dismiss this appeal pursuant to Fed. R. App. P. 31(c) is denied as moot.

The judgment of the District Court is

AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.